United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STEVEN PRESCOTT and LINDA CHESLOW, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NESTLÉ USA, INC.,<br><br>Defendant. | Case No. 19-cv-07471-BLF<br><br>**JUDGMENT** |

Plaintiffs' second amended complaint having been dismissed without leave to amend and the action having been dismissed with prejudice,

It is hereby ordered and adjudged that Plaintiffs Steven Prescott and Linda Cheslow take nothing by this action and that

Judgment is entered for Defendant Nestlé USA, Inc. and against Plaintiffs.

Dated: April 8, 2022

_____
BETH LABSON FREEMAN
United States District Judge