**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Kelsey Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

**KING & SPALDING LLP**
Dale J. Giali (SBN 150382)
*dgiali@kslaw.com*
Keri E. Borders (SBN 194015)
*kborders@kslaw.com*
Rebecca B. Johns (SBN 293989)
*rjohns@kslaw.com*
633 W. Fifth Street, Ste. 1600
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PRESCOTT and LINDA CHESLOW, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NESTLÉ USA, INC. and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:19-cv-07471-BLF<br><br>Action Filed: September 19, 2019<br>Notice of Removal: November 13, 2019<br>FAC Filed: January 22, 2020<br>SAC Filed: July 20, 2020<br><br>*Assigned to Hon. Beth Labson Freeman*<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF THE ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

*Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway  |  Malibu, CA 90265*

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Steven Prescott and Linda Cheslow ("Plaintiffs") and Defendant Nestle USA, Inc. ("Defendant"), through their respective counsel, hereby stipulate to dismiss the above-entitled action with prejudice as to the named Plaintiffs and without prejudice as to the putative class.

**IT IS SO STIPULATED.**

DATED: August 26, 2024                    **CLARKSON LAW FIRM, P.C.**

                                          */s/ Bahar Sodaify*
                                               Ryan J. Clarkson
                                               Bahar Sodaify
                                               Kelsey J. Elling

                                          *Attorneys for Plaintiffs*


DATED: August 26, 2024                    **KING & SPALDING LLP**

                                          */s/ Keri E. Borders*
                                               Dale J. Giali
                                               Keri E. Borders
                                               Rebecca B. Johns

                                          *Attorneys for Defendant*


<u>**PURSUANT TO STIPULATION, IT IS SO ORDERED:**</u>


Dated: _____, 2024              _____
                                          The Honorable Beth Labson Freeman
                                          United States District Judge

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway  |  Malibu, CA 90265

**ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: August 26, 2024                    **CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
        Bahar Sodaify