**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Kelsey Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

**KING & SPALDING LLP**
Dale J. Giali (SBN 150382)
*dgiali@kslaw.com*
Keri E. Borders (SBN 194015)
*kborders@kslaw.com*
Rebecca B. Johns (SBN 293989)
*rjohns@kslaw.com*
633 W. Fifth Street, Ste. 1600
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:    (213) 443-4310

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PRESCOTT and LINDA CHESLOW, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NESTLÉ USA, INC. and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:19-cv-07471-BLF<br><br>Action Filed: September 19, 2019<br>Notice of Removal: November 13, 2019<br>FAC Filed: January 22, 2020<br>SAC Filed: July 20, 2020<br><br>*Assigned to Hon. Beth Labson Freeman*<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF THE ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Steven
2  Prescott and Linda Cheslow ("Plaintiffs") and Defendant Nestle USA, Inc. ("Defendant"), through
3  their respective counsel, hereby stipulate to dismiss the above-entitled action with prejudice as to
4  the named Plaintiffs and without prejudice as to the putative class.

**IT IS SO STIPULATED.**

DATED: August 26, 2024              **CLARKSON LAW FIRM, P.C.**

                                                        */s/ Bahar Sodaify*
                                                        Ryan J. Clarkson
                                                        Bahar Sodaify
                                                        Kelsey J. Elling

                                                        *Attorneys for Plaintiffs*

DATED: August 26, 2024              **KING & SPALDING LLP**

                                                        */s/ Keri E. Borders*
                                                        Dale J. Giali
                                                        Keri E. Borders
                                                        Rebecca B. Johns

                                                        *Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: August 27, 2024              _____
                                                        The Honorable Beth Labson Freeman
                                                        United States District Judge

**ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: August 26, 2024                                **CLARKSON LAW FIRM, P.C.**

                                                     By: */s/ Bahar Sodaify*
                                                           Bahar Sodaify